UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

FILED

2005 MAY 17 A 9:44

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

DEPUTY

| | |
|---|---|
| ANTHONY GASTON,<br><br>      Plaintiff - Appellant,<br><br>   v.<br><br>PLEASANT VALLEY STATE PRISON; et al.,<br><br>      Defendants - Appellees,<br><br>   and<br><br>LARRY LOO, Dr.; et al.,<br><br>      Defendants. | No. 05-15822<br>D.C. No. CV-00-06244-OWW/SMS<br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: PLAINTIFF'S CLAIM THAT HE, A PARAPLEGIC, WAS SUBJECTED TO A WRONGFUL SEXUAL ASSAULT WHEN A PRISON DOCTOR CONDUCTED A ROUTINE AND PRESCRIBED (BY PRISON MEDICAL PRACTICES) DIGITAL RECTAL EXAMINATION ON PLAINTIFF WAS UNANIMOUSLY REJECTED BY A JURY IN FINDING NO VIOLATION OF PLAINTIFF'S 8TH AMENDMENT CIVIL RIGHTS. NO ISSUE OF LAW IS PRESENTED. THE OUTCOME OF THE CASE IS NOT REASONABLY DISPUTABLE AMONG JURISTS OF REASON.

_____
Judge
United States District Court

Date: 5-16-05